No. 95–754. MEDTRONIC, INC. *v.* LOHR ET VIR; and

No. 95–886. LOHR ET VIR *v.* MEDTRONIC, INC. C. A. 11th Cir. [Certiorari granted, 516 U. S. 1087.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–809. LOCKHEED CORP. ET AL. *v.* SPINK. C. A. 9th Cir. [Certiorari granted, 516 U. S. 1087.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–860. SMILEY *v.* CITIBANK (SOUTH DAKOTA), N. A. Sup. Ct. Cal. [Certiorari granted, 516 U. S. 1087.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–865. UNITED STATES *v.* WINSTAR CORP. ET AL. C. A. Fed. Cir. [Certiorari granted, 516 U. S. 1087.] Motion of respondents for divided argument granted.

No. 95–7693. JONES *v.* AMERICAN CIVIL LIBERTIES UNION FOUNDATION ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until April 22, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 95–7358. IN RE BALLARD ET AL. Petition for writ of mandamus and/or prohibition denied.

No. 95–1201. LOPEZ ET AL. *v.* MONTEREY COUNTY, CALIFORNIA, ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted.

No. 95–853. M. L. B. *v.* S. L. J., INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR CHILDREN, S. L. J. AND M. L. J., ET UX. Sup. Ct. Miss. Certiorari granted.